UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

ANDRE´ BLAAUW

VERSUS

SUPERIOR OFFSHORE
INTERNATIONAL, LLC

CIVIL ACTION NO: 6:06-CV-1380

JUDGE TUCKER MELANCON

MAG. JUDGE C. MICHAEL HILL

## JUDGMENT

This action came on for trial before Magistrate Judge C. Michael Hill for the Western District of Louisiana, and the issues having been duly tried, the court enters judgment as follows:

The Court finds defendant, Superior Offshore International, LLC, 100% at fault and awards the following itemized damages:

| | | | |
|---|---|---|---|
| a. | Past Lost Wages | | $ 140,931.00 |
| b. | Future Lost Wages | | $1,520,049.00 |
| c. | Future Medical Expenses | | $ 511,168.00 |
| d. | Past Pain and Suffering | | $ 200,000.00 |
| e. | Future Pain and Suffering | | $ 250,000.00 |
| | TOTAL | | $2,622,148.00 |

IT IS FURTHER ORDERED, that Defendant, Superior Offshore International, LLC, bear the entire cost of judgment;

IT IS FURTHER ORDERED, that plaintiff, Andre´ Blaauw, recover from defendant,

Superior Offshore International, LLC, pre-judgment interest on past damages from the date of judicial demand until the date paid, calculated at the rate of 2.08%;

IT IS FURTHER ORDERED, that plaintiff, Andre' Blaauw, recover from defendant, Superior Offshore International, LLC, post-judgment interest at the legal rate on all remaining damages from the date of judgment until the date paid, as well as, all taxable costs of court.

JUDGMENT RENDERED AND SIGNED THIS __23__ day of September, 2008.

_____
MAGISTRATE JUDGE C. MICHAEL HILL


APPROVED AS TO FORM:

DOMENGEAUX WRIGHT ROY & EDWARDS

_____
Thomas R. Edwards, Counsel for Plaintiff



_____
Joseph W. Walker, Counsel for Plaintiff
FRANKLIN, MOSELE & WALKER, P.C.



_____
Ralph E. Kraft, Counsel for Defendant
KRAFT GATZ LANE BENJAMIN LLC

Superior Offshore International, LLC, pre-judgment interest on past damages from the date of judicial demand until the date paid, calculated at the rate of 2.08%;

IT IS FURTHER ORDERED, that plaintiff, Andre' Blaauw, recover from defendant, Superior Offshore International, LLC, post-judgment interest at the legal rate on all remaining damages from the date of judgment until the date paid, as well as, all taxable costs of court.

JUDGMENT RENDERED AND SIGNED THIS _____ day of September, 2008.

_____
MAGISTRATE JUDGE C. MICHAEL HILL

APPROVED AS TO FORM:

DOMENGEAUX WRIGHT ROY & EDWARDS

_____
Thomas R. Edwards, Counsel for Plaintiff

_____
Joseph W. Walker, Counsel for Plaintiff
FRANKLIN, MOSELE & WALKER, P.C.

_____
Ralph E. Kraft, Counsel for Defendant
KRAFT GATZ LANE BENJAMIN LLC